# OPINIONS PER CURIAM.

ERIC BLOMBERG *et al.* v. FRANK J. FAULKNER, *as*
*Administrator, etc.*

No. 14,407.   (83 Pac. 1115.)

PRACTICE, DISTRICT COURT—*Reopening Case.* It was held that
an application to have a case opened after judgment to
permit defendants to make a defense therein was properly
denied.

.Error from Marshall district court; SAM KIMBLE,
judge. Opinion filed February 10, 1906. Affirmed.

*Isaac A. Rigby,* for plaintiffs in error.

*E. A. Berry,* and *Gregg & Gregg,* for defendant in
error.

*Per Curiam:* The plaintiffs in error prosecute this
proceeding to reverse an order of the district court
refusing to open the case, in which a judgment had
been rendered against them, that they might have
another opportunity to make a defense therein. The
action was on a·promissory note bearing the signature
of both of the defendants. Summons was properly
served upon both, and they appeared and participated
in the trial. The judgment was rendered May 7,.
1903, and the application to have it set aside was filed
October 6, 1903. The application states no defense to·
the action. It states no reasons why the court should
open the case· and permit the defendants to relitigate
the questions.

The order of the court denying the application of
the plaintiffs in error is affirmed.